AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Smoke Inn, LLC <br><br> *Plaintiff(s)* <br> v. <br> Smoke Inn Express Inc. <br> and <br> Hamza Manasra <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:23-cv-80946-AMC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Smoke Inn Express Inc, 425 Eubank Blvd NE, Ste B., Albuquerque, NM 87123.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   H New Media Law
Frank Herrera
Gustavo Sardiña
113 S. Monroe Street, 1st Floor
Tallahassee, Florida 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 06/21/2023

Angela E. Noble
Clerk of Court

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Smoke Inn, LLC<br><br>*Plaintiff(s)*<br>v.<br>Smoke Inn Express Inc.<br>and<br>Hamza Manasra<br><br>*Defendant(s)* | Civil Action No.  9:23-cv-80946-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hamza Manasra, 1419 Quincy St NE, Albuquerque, NM 87110.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   H New Media Law
Frank Herrera
Gustavo Sardiña
113 S. Monroe Street, 1st Floor
Tallahassee, Florida 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  06/21/2023

Angela E. Noble
Clerk of Court

**SUMMONS**



*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts